## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### June 22, 2007

[Cite as *06/22/2007 Case Announcements*, 2007-Ohio-3083.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–0096.   **State ex rel. Burns International v. Smith.**
Franklin App. No. 05AP–488, 2006-Ohio-6731.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### June 22, 2007

[Cite as *06/22/2007 Case Announcements #2*, 2007-Ohio-3117.]

## MOTION AND PROCEDURAL RULINGS

2007–0686.   **Jean–Paul L. v. Michelle M.**
Wood App. Nos. WD–06–040 and WD–06–051, 2007-Ohio-1042. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's emergency motion for stay of underlying proceedings,
It is ordered by the court that the motion is denied.
LANZINGER, J., dissents.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### June 25, 2007

[Cite as *06/25/2007 Case Announcements*, 2007-Ohio-3112.]

## MOTION AND PROCEDURAL RULINGS

2000–1030.   **Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 13, 2001, this court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.
It is ordered by the court, sua sponte, that appellee W.R. Grace & Co.-Conn. file a notice advising this court of the status of the bankruptcy case within 15 days of the date of this entry.

2007–0755.   **State v. Maxwell.**
Cuyahoga C.P. No. CR–05–475400–A. This cause is pending as a death penalty appeal from the Court of Common Pleas of Cuyahoga County. Upon consideration of appellant's motion for an extension of time to transmit the record,
It is ordered by the court that the motion is granted and the time for transmitting the record is extended to August 24, 2007.